# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS KLEIN, | |
| Plaintiff, | No. 3:11-CV-1466 |
| v. | (JUDGE CAPUTO) |
| SHERRI BRAUNSTEIN, a/k/a GMAC, a/k/a UNDREN LAW FIRM, a/k/a US BANK, | (MAGISTRATE JUDGE SMYSER) |
| Defendants | |

## ORDER

**NOW** this 28th day of February, 2012, upon review of the Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 20) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 20) is **ADOPTED.**

(2) The Action is **DISMISSED WITHOUT PREJUDICE**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge